*E-Filed 6/22/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICE MORSE, | Case No. 5:09 CV 2036 JW (RS) |
| Plaintiff, | |
| v. | ORDER OF RECUSAL REGARDING REFERRED MATTERS |
| JETBLUE AIRWAYS CORPORATION and DOES 1 through 50, inclusive, | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

**IT IS SO ORDERED.**

DATED: 6/22/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER OF RECUSAL REGARDING REFERRED MATTERS
Case No. 5:09 CV 2036 JW (RS)