1  Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
2  **A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
3  Redwood City, California 94065-2133
Telephone:     (650) 592-5400
4  Facsimile:     (650) 592-5027
E-mail: rgrotch@chdlawyers.com
5
**ATTORNEYS FOR** Defendant
6  JETBLUE AIRWAYS CORPORATION

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                             **SAN JOSE DIVISION**

11
PATRICE MORSE,                          Case No.  C 09-2036 JW (PVT)
12
            Plaintiff,              STIPULATION AND [PROPOSED]
13                                  ORDER REGARDING TIMING OF
vs.                                DISCOVERY [FRCP 26(d)(1)]
14
JETBLUE   AIRWAYS   CORPORATION,
15  and DOES 1 through 50, inclusive,

16             Defendants.
_____/
17
        IT IS HEREBY STIPULATED, by and between plaintiff PATRICE MORSE and defendant
18
JETBLUE AIRWAYS CORPORATION, pursuant to Rule 26(d)(1) of the Federal Rules of Civil
19
Procedure, that the parties may seek discovery from any source, commencing immediately and prior
20
to the date that they confer as required by Rule 26(f) of the Federal Rules of Civil Procedure.
21
        SO STIPULATED.
22
Dated: June 15, 2009                    LAW OFFICE OF ARKADY ITKIN
23

24                                           /s/ *Arkady Itkin*

25                                      By:_____
                                            Arkady Itkin
26                                          Attorneys for Plaintiff
                                            Patrice Morse
27
///
28

_____
Stipulation Regarding Timing of Discovery

1

Dated:   June 16, 2009                          CODDINGTON, HICKS & DANFORTH

2

                                                /s/   *Richard G. Grotch*

3

                                          By: _____

4                                                Richard G. Grotch (*)
                                                 Attorneys for Defendant
5                                                JetBlue Airways Corporation

6

(*) I hereby attest that I have on file all holograph signatures
7   for any signatures indicated by a "conformed" signature (/s/)
    within this e-filed document.

8

9

              PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12  Dated: June _29_, 2009                     _____
                                                Honorable Patricia V. Trumbull
13                                              United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CODDINGTON, HICKS
& DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

                                                2

Stipulation Regarding Timing of Discovery