Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone:   (650) 592-5400
Facsimile:    (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
JETBLUE AIRWAYS CORPORATION

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PATRICE MORSE, | Case No. C 09-2036 JW (PVT) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING ADR |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS counsel for the parties met and conferred in advance of the ADR Phone Conference to discuss the form of ADR which might best facilitate a resolution of this case; and

WHEREAS counsel for the parties agreed that an early settlement conference with a Magistrate Judge appeared to be the most likely ADR process to facilitate a resolution of the case, particularly given the nature of the claims and, even more so, the claimant; and

WHEREAS counsel for the parties participated in an ADR Phone Conference on December 28, 2009, in which Howard A. Herman, Director of the Court's ADR Unit, concurred with counsel's assessment that an early settlement conference with a Magistrate Judge was appropriate in this case; and,

///

///

Stipulation Regarding ADR

1   WHEREAS counsel for the parties discussed those Magistrate Judges they had identified as being particularly well-suited to resolution of this controversy and to the personalities of the parties, if the Court were to order an early settlement conference with a Magistrate Judge, that either Chief Magistrate Judge James or Magistrate Judge Laporte be considered to conduct the early settlement conference;

IT IS HEREBY STIPULATED, by and between plaintiff PATRICE MORSE and defendant JETBLUE AIRWAYS CORPORATION, through their counsel of record, that the Court be asked to enter an order referring this matter for an early settlement conference with a Magistrate Judge, to be conducted in approximately three to four months, and to request that if such an order were to be entered, that either Chief Magistrate Judge James or Magistrate Judge Laporte be considered to conduct the early settlement conference.

SO STIPULATED.

Dated: December 29, 2009               LAW OFFICE OF ARKADY ITKIN

                                       /s/ *Arkady Itkin*

                                       By:_____
                                           Arkady Itkin
                                           Attorneys for Plaintiff
                                           Patrice Morse

Dated:   December 29, 2009             CODDINGTON, HICKS & DANFORTH

                                       /s/ *Richard G. Grotch*

                                       By:_____
                                           Richard G. Grotch (*)
                                           Attorneys for Defendant
                                           JetBlue Airways Corporation

(*) I hereby attest that I have on file all holograph signatures
for any signatures indicated by a "conformed" signature (/s/)
within this e-filed document.

///

///

///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

Stipulation Regarding ADR

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court finds good cause to refer the parties to a Magistrate Judge for an early settlement conference. However, although the parties have requested Chief Magistrate Judge James or Judge Laporte, the Court refers this matter to Judge James for a determination of an appropriate assignment.

Dated: February 9, 2010

_____
JAMES WARE
United States District Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

Stipulation Regarding ADR

3