Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone:    (650) 592-5400
Facsimile:     (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
JETBLUE AIRWAYS CORPORATION

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICE MORSE, | Case No. C 09-2036 JW (PVT) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING ADR |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS counsel for the parties met and conferred in advance of the ADR Phone Conference to discuss the form of ADR which might best facilitate a resolution of this case; and

WHEREAS counsel for the parties agreed that an early settlement conference with a Magistrate Judge appeared to be the most likely ADR process to facilitate a resolution of the case, particularly given the nature of the claims and, even more so, the claimant; and

WHEREAS counsel for the parties participated in an ADR Phone Conference on December 28, 2009, in which Howard A. Herman, Director of the Court's ADR Unit, concurred with counsel's assessment that an early settlement conference with a Magistrate Judge was appropriate in this case; and,

///

///

---

Stipulation Regarding ADR

1  WHEREAS counsel for the parties discussed those Magistrate Judges they had identified as
2  being particularly well-suited to resolution of this controversy and to the personalities of the parties,
3  if the Court were to order an early settlement conference with a Magistrate Judge, that either Chief
4  Magistrate Judge James or Magistrate Judge Laporte be considered to conduct the early settlement
5  conference;

6  IT IS HEREBY STIPULATED, by and between plaintiff PATRICE MORSE and defendant
7  JETBLUE AIRWAYS CORPORATION, through their counsel of record, that the Court be asked
8  to enter an order referring this matter for an early settlement conference with a Magistrate Judge,
9  to be conducted in approximately three to four months, and to request that if such an order were to
10 be entered, that either Chief Magistrate Judge James or Magistrate Judge Laporte be considered to
11 conduct the early settlement conference.

12 SO STIPULATED.

13 Dated: December 29, 2009        LAW OFFICE OF ARKADY ITKIN

                                  /s/ *Arkady Itkin*

                                  By: _____
                                      Arkady Itkin
                                      Attorneys for Plaintiff
                                      Patrice Morse

18
19 Dated:   December 29, 2009      CODDINGTON, HICKS & DANFORTH

20                                 /s/ *Richard G. Grotch*

21                                 By: _____
                                      Richard G. Grotch (*)
22                                    Attorneys for Defendant
                                      JetBlue Airways Corporation
23

24 (*) I hereby attest that I have on file all holograph signatures
   for any signatures indicated by a "conformed" signature (/s/)
25 within this e-filed document.

26 ///
27 ///
28 ///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

2

Stipulation Regarding ADR

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2
3     The Court finds good cause to refer the parties to a Magistrate Judge for an early settlement
4 conference. However, although the parties have requested Chief Magistrate Judge James or Judge
5 Laporte, the Court refers this matter to Judge James for a determination of an appropriate assignment.

6
7 Dated: February 9, 2010         _____
                            JAMES WARE
8                             United States District Judge

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

3

Stipulation Regarding ADR