Richard G. Grotch, Esq. - SBN 127713
Alisha A. Beltramo, Esq. - SBN 267423
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone:   (650) 592-5400
Facsimile:    (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICE MORSE, | No.  C 09-2036 JW (PVT) |
| Plaintiff, | STIPULATION AND ORDER REGARDING EXAMINATION BY NEUROPSYCHIATRIST |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that plaintiff PATRICE MORSE will appear for and participate in a psychiatric and neuropsychologic examination and evaluation to be conducted by James R. Missett, M.D. and William J. Lynch, Ph.D., on April 16, 2010, or on another date to be mutually agreed upon by the parties.  The examination is to begin at 9:00 a.m and is scheduled to last a full day.  It will take place at Dr. Missett's office, located at 1187 University Drive, Menlo Park, California  94025; telephone (650) 326-5564.

Dr. Missett is Board Certified in psychiatry, addiction psychiatry, and forensic psychiatry by the American Board of Psychiatry and Neurology and Dr. Lynch is Board Certified in Clinical Neuropsychology.  Dr. Missett will perform a psychiatric evaluation of the plaintiff which will include a mental status examination.  Dr. Lynch will perform neuropsychological testing and will serve as a psychological consultant to Dr. Missett in the administration of these tests.

Stipulation Regarding IME

1    The examination will follow a common and accepted format for a standard psychiatry evaluation with psychological tests. It will involve no invasive, dangerous or painful physical procedures. The sole source of pain is usually only that level of distress ordinarily associated with the recall of psychologically and/or emotionally upsetting events and situations in the plaintiff's life.

The first part of the examination will be personally conducted by Dr. Missett in his office. It will consist of the following: the taking of the individual's personal and family history; a medical and psychiatric history; an educational and work history; a social, marital, relational, and recreational history, a medication and substance-use history; a legal history; a history of the incident(s) resulting in the claims of psychological and/or emotional injuries and/or distress; a history of the changes over time in the claimant's psychological and/or emotional signs or symptoms since the onset of any psychological or emotional distress reportedly connected with the incident(s); the extent to which any psychological and/or emotional signs or symptoms interfere with the claimant's daily functioning; the history of any such interference over time; the psychological and/or emotional condition of the claimant as of the date of the evaluation; the relationship, if any, between the nature and intensity of any psychological and/or emotional signs or symptoms related to the claimed incident(s); any prior, contemporaneous, or subsequent experience of any psychological and/or emotional predisposing and/or distressing events in the individual's life; the claimant's usual daily schedule as of the time of the evaluation; whether the claimant evidences then-currently a need for psychiatric and/or psychological counseling or psychotropic medication for the alleviation or relief of any psychological or emotional signs or symptoms or any interference in daily functioning that might be connected with the incident(s); and the claimant's prognosis for the future.

The first part of the examination will also include the review of the claimant of any written documentation connected with the claimant's report of her psychological and/or emotional injuries or damages and the possible causes thereof. This first part of the examination is expected to last approximately three hours from 9:00 a.m. to noon. These three hours will be punctuated by at least two brief rest breaks.

///

///

Stipulation Regarding IME

With respect to the evaluation of the plaintiff's level of intellectual functioning, one or two of the following, most common measures of cognitive and/or intellectual functioning may be administered. These include portions of the Wechsler Adult Intelligence Scale – 3rd edition (WAIS-III), the Wechsler Abbreviated Scale of Intelligence (WASI), the Shipley Institute of Living Scale (SILS), the Kaufman Brief Intelligence Test (KEIT), and the MicroCog Assessment of Cognitive Functioning (M-Cog).

In the assessment of the plaintiff's neurocognitive status, portions of as many as four or five of the following, most commonly used neurocognitive measures may be administered. These include: the Halstead-Reitan Neuropsychological Test Battery (HRNTB); the Trail Making Test - Parts A and B (TMT); the Stroop Neuropsychological Screening Test (SNST); the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS); the Neuropsychological Assessment Battery (NAB) that consists of a Screening Module as well as five main modules having to do with measures of attention, language, memory, spatial functions, and executive functions; the Wechsler Memory Scale - 3rd Edition (WMS-III); the Memory Assessment Scales (MAS); the Wisconsin Card Sorting Test (WCST); and the California Verbal Learning Test - II (CVLT-II).

With respect to an assessment of emotional functions and the plaintiff's personality, her personality status and attitude towards illness will be examined through the administration of one or two of the following measures: the Minnesota Multiphasic Personality Inventory-II (MMPI-II), the Millon Clinical Multiaxial Inventory-III (MCMI-III), the Millon Behavioral Medicine Diagnostic (MBMD), the Battery for Health Improvement - II CBHI-II), the Personality Assessment Inventory (PAI), and the Symptom Checklist 90 - Revised (SCL-90-R).

The persons allowed to be present for this examination will be limited to plaintiff and the examiners. Plaintiff will be allowed to tape record any interview portion of the examinations.

This stipulation is deemed to incorporate all of the provisions of Rule 35 of the Federal Rules of Civil Procedure. Defendant will make all documents associated with the examinations, which they receive, available to the plaintiff in a timely manner.

///

///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

3

Stipulation Regarding IME

| | |
|---|---|
| 1 | SO STIPULATED. |
| 2   Dated: March 31, 2010 | LAW OFFICE OF ARKADY ITKIN |

/s/ *Arkady Itkin*

By: _____
    Arkady Itkin
    Attorneys for Plaintiff
    Patrice Morse

Dated: March 31, 2010     CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
    Richard G. Grotch (*)
    Attorneys for Defendant
    JetBlue Airways Corporation

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 5, 2010

_____
Honorable Patricia V. Trumbull
United States Magistrate Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

4

Stipulation Regarding IME