IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Patrice Morse, | NO. C 09-02036 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Jetblue Airways Corp., | |
| Defendant. | |

On May 5, 2010, Magistrate Judge Laporte filed a Minute Entry informing the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 19.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **June 11, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 21, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **June 11, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: May 21, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arkady Igor Itkin arkady39@earthlink.net
Richard Grotch rgrotch@chdlawyers.com

**Dated:  May 21, 2010**                                         **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers               
          Elizabeth Garcia
          Courtroom Deputy**