1 | Richard G. Grotch, Esq. - SBN 127713
Alisha A. Beltramo, Esq. - SBN 267423
2 | **CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
3 | 555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
4 | Telephone: (650) 592-5400
Facsimile: (650) 592-5027
5 | E-mail: rgrotch@chdlawyers.com

6 | **ATTORNEYS FOR** Defendant
JETBLUE AIRWAYS CORPORATION



6/17/2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PATRICE MORSE, | No. C 09-2036 JW |
| Plaintiff, | JOINT RESPONSE TO OSC RE SETTLEMENT |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, and DOES 1 through 50, inclusive, | Date: June 21, 2010<br>Time: 9:00 a.m.<br>Courtroom: 8 |
| Defendants. _____ / | Honorable James Ware<br>United States District Judge |

Plaintiff PATRICE MORSE and defendant JETBLUE AIRWAYS CORPORATION respectfully submit the following joint response to the Court's Order to Show Case Re: Settlement (Doc. 20).

**RESPONSE TO OSC RE: SETTLEMENT**

On May 5, 2010, the parties participated in an early settlement conference over which Magistrate Judge Elizabeth D. Laporte presided. The case was settled at the conclusion of that settlement conference. (See Doc. 19).

However, as an express condition of the settlement, and as stated on the record memorializing the settlement, it was agreed that defendant would have to and including **July 13, 2010** within which to collect, and then disburse to plaintiff, the settlement funds; once disbursed, it was agreed the parties would file a stipulated dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Joint Response to OSC Re: Settlement
C 09-2036 JW

1     At present, defendant's claims lead continues to be in the process of collecting the settlement
2 funds from the participating co-insurers and fully expects to fulfil its agreement to provide plaintiff's
3 counsel with the settlement check on or before the agreed date of July 13, 2010.  Because of the need
4 to complete this process, the parties are not in a position to file a stipulated dismissal pursuant to
5 Federal Rule of Civil Procedure 41(a) on June 11, 2010 as requested in the Court's order to show
6 cause re: settlement.  (Doc. 20).
7     For these reasons, the parties respectfully request that:
8     (1) the deadline for the filing of a stipulated dismissal pursuant to Federal Rule of Civil
9 Procedure 41(a) be continued to and including July 13, 2010, and
10     (2) solely if the stipulation for dismissal is not timely filed, the date for the parties to appear
11 to show cause why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b), be continued
12 to July 19, 2010 at 9:00 a.m. in Courtroom No. 8, 4th Floor, United States District Court, 280 South
13 First Street, San Jose, California.

14 Dated: June 11, 2010            LAW OFFICE OF ARKADY ITKIN

                                            /s/   *Arkady Itkin*

                              By:_____
                                  Arkady Itkin
                                  Attorneys for Plaintiff
                                  Patrice Morse

Dated: June 11, 2010            CODDINGTON, HICKS & DANFORTH

                                            /s/   *Richard G. Grotch*

                              By:_____
                                  Richard G. Grotch
                                  Attorneys for Defendant
                                  JetBlue Airways Corporation

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

2

Joint Response to OSC Re: Settlement
C 09-2036 JW