Richard G. Grotch, Esq. - SBN 127713
Alisha A. Beltramo, Esq. - SBN 267423
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone:    (650) 592-5400
Facsimile:    (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
JETBLUE AIRWAYS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PATRICE MORSE, | No.  C 09-2036 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, that the entire action be, and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SO STIPULATED.

Dated: June 26, 2010                    LAW OFFICE OF ARKADY ITKIN

                                        /s/    *Arkady Itkin*

                                        By:_____
                                           Arkady Itkin
                                           Attorneys for Plaintiff
                                           Patrice Morse

///

///

Stipulation and [Proposed] Order of Dismissal
C 09-2036 JW

1  Dated: June 26, 2010                                     CODDINGTON, HICKS & DANFORTH

                                                            /s/   *Richard G. Grotch*
                                                         By:_____
                                                            Richard G. Grotch
                                                            Attorneys for Defendant
                                                            JetBlue Airways Corporation

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.   The Clerk shall close this file.

Dated: June 28, 2010                                     _____/s/ James Ware_____
                                                         Honorable James Ware
                                                         United States District Judge

CODDINGTON, HICKS & DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

Stipulation and [Proposed] Order of Dismissal
C 09-2036 JW

2